**Electronically Filed
Supreme Court
SCPW-17-0000886
09-JAN-2018
11:21 AM**

SCPW-17-0000886

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ESTELITA T. TERRADO, Petitioner,

vs.

CAROLINA DOMINGO; STEPHEN ISAMU SHIGAMOTO; STACY LYN SHIGAMOTO; PAULA LURI OGI; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-GEL2, Respondents.

ORIGINAL PROCEEDING
(S.P. NO. 08-1-0202)

ORDER DENYING PETITION FOR WRIT OF PROHIBITION
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and Circuit Judge Eddins, in place of McKenna, J., recused)

Upon consideration of petitioner Estelita T. Terrado's petition for writ of prohibition, filed on December 15, 2017, and the record, it appears that petitioner fails to demonstrate that she is entitled to the requested writ of prohibition. See Honolulu Adv., Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of prohibition "is an extraordinary remedy . . . to restrain a judge of an inferior court from acting beyond or in excess of his jurisdiction"); Gannett Pac. Corp. v. Richardson, 59 Haw. 224, 226, 580 P.2d 49, 53 (1978) (a writ of prohibition is not meant to serve as a legal remedy in lieu of normal

appellate procedures; rather, it is available in "rare and exigent circumstances" where "allow[ing] the matter to wend its way through the appellate process would not be in the public interest and would work upon the public irreparable harm"). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of prohibition is denied.

DATED: Honolulu, Hawaiʻi, January 9, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Todd W. Eddins

